AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

Central Division for the District of Utah

FILED
U.S. DISTRICT COURT
2013 DEC 12 P 4: 37
DISTRICT OF UTAH
BY:_____
   DEPUTY CLERK

HEALTH EDUCATION,

V.

IGNITE NATURALS,

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:13-cv-00657-TS

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of the plaintiff and against the defendant in the amount of $146,352.76. Defendant's counterclaim is dismissed with prejudice.

December 12, 2013
Date

D. Mark Jones
Clerk of Court

(By) Deputy Clerk